Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 17, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

**In re MARRIAGE OF Michael D. HACHTING and Patricia K. Hachting.**

**Michael D. HACHTING, Petitioner/Respondent,**

v.

**Patricia K. HACHTING, Respondent/Appellant.**

No. 67392.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 17, 1995.

Charles E. Bridges, Bridges & Nichols, St. Charles, for appellant.

Claude C. Knight, Knight, Schoeneberg & Tomich, St. Charles, for respondent.

Before CRANE, C.J., SIMON, J., and BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).